# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>DANIEL J FOOTE<br>            Defendant. | **Location Code/Violation Number:** CA43   F4855461<br>**USDC Case Number:** 6:19-PO-00004-JDP<br><br>**ORDER TO PAY FIXED-SUM IN LIEU OF APPEARANCE**<br>**(Violation Notice)** |

Defendant has agreed to pay a fixed-sum in lieu of appearance in court on the following charge(s) and to pay that fixed sum on the payment schedule ordered below:

Charge(s):                          Nature of Charge(s)

**36 CFR 261.13**                  **Possess or Operate a Motor Vehicle On National Forest L**

**ACCORDINGLY, YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

☑   **PAY** a fine in the amount of _____, a special assessment of $10.00 and a $30.00 processing fee for a total financial obligation of $40.00, due immediately or in monthly payments of $40.00 per month commencing on _____ and payable each month thereafter by the _____ of the month until paid in full. The entire financial obligation must be paid in full by _____.

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

| | |
|---|---|
| ☑  **CENTRAL VIOLATIONS BUREAU**<br>    **P.O. Box 71363**<br>    **Philadelphia, PA 19176-1363**<br>    **1-800-827-2982**<br>            -or-<br>    **Pay on-line at www.cvb.uscourts.gov and**<br>    **Click on "Pay On-Line"** | ☐  **CLERK, United States District Court**<br>    **Eastern District of California- Fresno Division**<br>    **2500 Tulare Street, Suite 1501**<br>    **Fresno, CA 93721** |

**Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

Dated: 01/24/19

                                                             United States Magistrate Judge